UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,    Case No. 15-20642-01

v.    Judith E. Levy
    United States District Judge

Jelani Page, Sr.,

        Defendant.

_____/

**ORDER DENYING DEFENDANT'S
MOTION FOR COMPASSIONATE RELEASE [156]**

This case is before the Court on Defendant's motion for compassionate release. (ECF No. 156.) On November 24, 2020, a hearing was held by video conference and oral argument was heard. For the reasons set forth on the record, Defendant's motion is DENIED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: November 25, 2020    s/Judith E. Levy
Ann Arbor, Michigan    JUDITH E. LEVY
    United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 25, 2020.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
