# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: January 08, 2021

Mr. Peter J. Kelley
Law Offices
339 E. Liberty Street
Suite 200
Ann Arbor, MI 48104

Mr. John N. O'Brien II
United States Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226

Mr. Jelani Alonzo Page, Sr.
M.C.F.P. Springfield
P.O. Box 4000
Springfield, MO 65801

Re: Case No. 20-2207, *USA v. Jelani Page, Sr.*
Originating Case No. 5:15-cr-20642-1

Dear Counsel and Mr. Page:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Monica M. Page
Case Manager
Direct Dial No. 513-564-7021

cc: Mr. David J. Weaver

Enclosure

No.  20-2207

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| JELANI ALONZO PAGE, SR., | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

<div style="float:right; border:1px solid black;">
FILED<br>
Jan 08, 2021<br>
DEBORAH S. HUNT, Clerk
</div>

The defendant appeals the district court's order denying compassionate release.  The district court appointed counsel for the defendant, and normally appointed counsel must continue representation on appeal unless relieved by the court.  6 Cir. R. 12(c)(1).  Here, the appointed attorney has taken no action in furtherance of the appeal and has not filed a motion to extend the appointment.

No right to counsel exists in post-conviction matters.  As such, the defendant will proceed pro se on appeal absent further court order, and the Clerk will formally terminate counsel's association on the docket.  Briefing will be reset by separate letter.


ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

_____

Deborah S. Hunt, Clerk